UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-95-0504 WBS |
| Plaintiff, | |
| v. | O R D E R |
| JOSE LUIS BUENROSTRO, | |
| Defendant. | |

----oo0oo----

No extraordinary circumstance or other good or sufficient reason exists for this court to request the Court of Appeals to recall its mandate issued on May 10, 2011. Accordingly, defendant's motion to recall the mandate, or for relief under 28 U.S.C. § 1651, filed January 5, 2012, is DENIED.

DATED: January 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE