UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JOSE LUIS BUENROSTRO,

        Defendant.

NO. CR. S-95-0504 WBS

O R D E R

----oo0oo----

Buenrostro's motion for appointment of counsel, filed January 9, 2010 (Docket No. 357), is DENIED. There is nothing presently pending before this court in this matter.

DATED: January 11, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1