UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOSE LUIS BUEN ROSTRO, aka JOSE LUIS BUENROSTRO,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

CR. No. 2:95-504 WBS

ORDER

----oo0oo----

On January 14, 2013, petitioner Jose Luis Buenrostro filed a motion pursuant to 28 U.S.C. § 2255. The United States shall file an opposition to petitioner's motion no later than February 15, 2013. Petitioner may then file a reply no later than March 1, 2013. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

DATED: January 16, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1