IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:95-CR-504 WBS |
| | Court of Appeals No. 13-16380 |
| Plaintiff, | |
| vs. | <u>ORDER DENYING CERTIFICATE OF APPEALABILITY</u> |
| JOSE LUIS BUEN ROSTRO, | |
| Defendant. | |
| _____/ | |

      Defendant has filed notice of appeal from this court's Order of May 23, 2013. Appellate Commissioner Peter L. Shaw has ordered the matter remanded to this court for the limited purpose of granting or denying a certificate of appealability. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

This court is unable to identify any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" See Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)). This amounts to defendant's third successive motion under § 2255. See United States v. Buenrostro, 638 F.3d 720, 723 (9th Cir. 2011). Defendant may not bring a successive § 2255 motion without first obtaining leave of the Ninth Circuit. 28 U.S.C. § 2255(h). Because he has not done so,

IT IS HEREBY ORDERED that a certificate of appealability is DENIED. The Clerk is ordered to forward a copy of this order to the Clerk of the United States Court of Appeals for the Ninth Circuit forthwith.

DATED: August 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE